**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

VS.                              4:09CR00265-3-1 WRW

SAMUEL GAYLON BAGGETT

## ORDER

On December 14, 2009, the Court entered an Order Setting Conditions of Release. (Docket entry #44). Among other things, Defendant cannot possess a firearm.

Defendant's Pretrial Services Officer ("PTSO") has advised the Court that Defendant possesses an Arkansas concealed handgun license, and has requested that Defendant surrender his license. The Court will modify Defendant's conditions accordingly.

IT IS THEREFORE ORDERED THAT Defendant's conditions of release are MODIFIED to require Defendant to surrender his concealed handgun license to his PTSO.

DATED this 5th day of January, 2010.

/s/ J. Thomas Ray
UNITED STATES MAGISTRATE JUDGE